UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVAN SIMIJANOVIC,

        Plaintiff,              Case No. 2:23-cv-12882

v.                                 Honorable Susan K. DeClercq
                                    United States District Judge

KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ N.V.,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 6, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Amended Complaint, ECF No. 4, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case.**


                                              */s/Susan K. DeClercq*
                                              SUSAN K. DeCLERCQ
                                              United States District Judge

Dated: 12/10/2024